JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD,<br><br>    Plaintiff,<br><br>vs.<br><br>RADISSON HOTEL CHATSWORTH, LANTING HOTEL VENTURES I, INC., LANTING HOTEL VENTURES II, INC., and LAEROCK 2000 INCOME FUND, L.P.,<br><br>    Defendants. | Case No. 2:08-cv-08189-JHN-CWx<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF** |

Following a Court Trial on September 14, 2010, IT IS HEREBY ORDERED that Judgment in favor of Plaintiff be entered in the amount of $10,000 against Defendants Radisson Hotel Chatsworth, Lanting Hotel Ventures I, Inc., Lanting Hotel Ventures II, Inc., and Laerock 2000 Income Fund L.P.

IT IS SO ORDERED.

Dated: January 5, 2011

_____
Honorable Jacqueline H. Nguyen
UNITED STATES DISTRICT COURT